472 A.2d 245

Commonwealth, Appellant, v. Dunkelberger.

Argued September 6, 1983. David James Tomaine and Amil Michael Minora, Assistant District Attorneys, for Commonwealth, appellants; Margaret Dunkelberger, in propria persona, appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

472 A.2d 245

Commonwealth v. Dykes, Appellant.

Submitted October 24, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.